FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Defendant*
Robert Sillen, individually and
as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ROBERT SILLEN, individually and as Receiver,<br><br>*Defendants*. | Case No.<br><br><br><br>**NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §1442(a)(1),(3)** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that defendant Robert Sillen hereby removes to this Court the state court action described below.

1. On September 17, 2007 an action was commenced in the Superior Court of the State of California in and for the County of Sacramento, entitled *Medical Development International, a Delaware corporation, Plaintiff v. California Department of Corrections and Rehabilitation, Robert Sillen, individually and as Receiver, and Does 1-, Defendants*, Case No. 07AS0456. A true and correct copy of the complaint in the above matter is

1

attached hereto as Exhibit A. A true and correct copy of the summons is attached hereto as Exhibit B. The remainder of the State court file is attached as Exhibit C.

2. The first date upon which defendant received a copy of the complaint was on or about September 20, 2007, when defendant obtained a copy of the summons and complaint by facsimile transmission from attorneys for plaintiff.

3. **Jurisdiction In This Court**. This action is a civil action which may be removed pursuant to the provisions of 28 U.S.C. §1442(a)(1), (3) in that (i) Sillen is the Receiver of the California prison medical care system, appointed by the Hon. Thelton E. Henderson, U.S. District Judge, on February 14, 2006, in *Plata, et al. v. Schwarzenegger, et al.*, U.S. Dist. Ct., (N.D.Cal.) No. C01-1391 TEH; (ii) as Receiver, Sillen is an officer and agent of the *Plata* court; and, (iii) the acts Sillen is alleged to have committed were undertaken "under color of office or in the performance of his duties" for which he has absolute immunity as a matter of federal law and pursuant to the order appointing him. *Ely Valley Mines, Inc. v. Hartford Acc. & Indem. Co.*, 644 F.2d 1310, 1313-1316 (9th Cir. 1981).

4. The Receiver has an independent basis upon which to remove, and therefore consent to removal from the other defendants is unnecessary. *Id.* at 1314-1316; *see also Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252-1253 (9th Cir. 2006); *Akin v. United States*, 156 F.3d 1030, 1034-1035 (10th Cir. 1998); *Ortiz v. General Motors Accept. Corp.*, 583 F.Supp. 526, 530 (N.D. Ill. 1984).

Dated: October 16, 2007

FUTTERMAN & DUPREE LLP

By: /s/
Martin H. Dodd
Attorneys for Defendant Robert Sillen

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On October 16, 2007, I served a copy of the following document(s):

**NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §1442(a)(1),(3)**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

___ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

_X_ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

___ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

Bennett J. Lee
Garrett E. Dillon
David R. Chamberlin
Watt, Tieder, Hoffar & Fitzgerald, LLP
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104

Dated: October 16, 2007                              _/s/ Lori Dotson_
                                                      Lori Dotson

FUTTERMAN &
DUPREE LLP

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT
CASE NO. _____