IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT SILLEN, individually and as Receiver, and THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br>Defendants. | 2:07-CV-02199-WBS-EFB<br><br>**ORDER ON THE PARTIES STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO FILE AN ANSWER**<br><br>Judge:   The Honorable William B. Shubb<br>Action Filed:   September 17, 2007 |

Having considered the stipulation of the parties, it is hereby ordered that the time for defendant California Department of Corrections and Rehabilitation to file an Answer is hereby extended to February 8, 2010, 20 days after the scheduled hearing on defendant Receiver J. Clark Kelso's Motion for Transfer of Venue.

IT IS SO ORDERED.

Date:  December 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2007102605

1

[PROPOSED] ORDER RE: PARTIES' STIP. & REQUEST FOR EXTENSION OF TIME
(2:07-CV-02199-WBS-EFB)