1  KAMALA D. HARRIS
   Attorney General of California
2  ZACKERY P. MORAZZINI
   Supervising Deputy Attorney General
3  MICHELLE M. MITCHELL
   Deputy Attorney General
4  State Bar No. 188467
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 327-7891
     Fax: (916) 324-8835
7    E-mail: MichelleM.Mitchell@doj.ca.gov
   *Attorneys for Defendant*
8  California Department of Corrections and
   Rehabilitation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, in his capacity as receiver, and DOES 1 through 20, inclusive,<br><br>Defendants. | 3:10-cv-00443-TEH<br><br>STIPULATION FOR ORDER AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 11, 2011 TO JUNE 6, 2011<br><br>Hon. Thelton E. Henderson |

Pursuant to Civil L.R. 7-12 and 16-2(e) and Paragraph Four of this Court's Standing Order, the parties, by and through their respective counsel, Watt, Tieder, Hoffar & Fitzgerald, LLP for Plaintiff Medical Development International ("MDI"), Futterman Dupree Dodd Croley Maier LLP for Defendant J. Clark Kelso, in his capacity as the Receiver, ("Receiver"), and the California Office of the Attorney General for Defendant California Department of Corrections and Rehabilitation ("CDCR"), stipulate for an Order continuing the case management conference,

1

currently set for April 11, 2011 to June 6, 2011 at 1:30 p.m. This stipulation is based on the following facts:

1. Since the mediation session held on February 14, 2011, the parties have continued their negotiations through the mediator. The parties would like additional time to permit the defendants to obtain the necessary approvals needed to complete the mediation prior to the scheduled case management conference.

2. As reported in the last case management conference statement, if the mediation is unsuccessful, the parties anticipate that the scope of this case will require expanding the limits of discovery. For example, based on the information gathered thus far, the Receiver and CDCR anticipate needing to take at least 25 fact depositions. In addition, defendants intend to address with plaintiff and the Court the possibility of staging such discovery around potentially dispositive motions.

3. Given the complexity and cost of scheduling such discovery and possible motions, rather than dedicate the resources to exploring these issues now, the parties request that the case management conference be postponed two months to allow time for the parties to complete the mediation process.

4. Accordingly, the parties stipulate for an Order continuing the case management conference currently scheduled for April 11, 2011 to June 6, 2011 or as soon thereafter as the Court may deem appropriate.

**SO STIPULATED.**

Dated: March 29, 2011

EDMUND G. BROWN, JR.
Attorney General of California
ZACKERY P. MORAZINNI
Supervising Deputy Attorney General

By: /s/ Michelle M. Mitchell
Michelle M. Mitchell
Deputy Attorney General
Attorneys for California Department of Corrections and Rehabilitation

2

STIPULATION FOR ORDER AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE, CASE NO. (3:10-cv-00443-TEH)

| | | |
|---|---|---|
| 1 | Dated: March 29, 2011 | FUTTERMAN DUPREE |
| 2 | | DODD CROLEY MAIER LLP |
| 3 | | By: *Jaime L. Dupree* MMM |
| | | Jaime L. Dupree |
| | | Martin Dodd |
| 4 | | Attorneys for Plaintiff Medical Development International |
| 5 | | |
| 6 | Dated: March 29, 2011 | WATT, TIEDER, HOFFAR & FITZGERALD LLP |
| 7 | | By: *Garrett E. Dillon* MMM |
| | | Bennett J. Lee |
| 8 | | Garrett E. Dillon |
| | | Sara K. Hayden |
| 9 | | Attorneys for Plaintiff Medical Development International |

### [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the case management conference currently set for April 11, 2011 be and hereby is continued to June 6, 2011 at 1:30 p.m. The parties shall file a joint case management conference statement on or before May 27, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 03/31, 2011

*[Signed]*
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SA2007102605
10682747.doc