1  M. THERESA TOLENTINO MEEHAN – SBN 204112
   meehant@gtlaw.com
2  JEREMY A. MEIER – SBN 139849
   meierj@gtlaw.com
3  RAY A. SARDO – SBN 245421
   sardor@gtlaw.com
4  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
5  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
6  Facsimile:  (916) 448-1709

7  Attorneys for Plaintiff and Counter-defendant
   Medical Development International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, in his capacity as receiver; and<br>DOES 1 – 20, inclusive,<br><br>       Defendants. | CASE NO.  3:10-cv-00443-TEH<br><br>[~~PROPOSED~~] ORDER RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF MEDICAL DEVELOPMENT INTERNATIONAL |
| J. CLARK KELSO, in his capacity as receiver,<br><br>       Counter-claimant,<br><br>v.<br><br>MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>       Counter-defendant. | |

[~~PROPOSED~~] ORDER RE SUBSTITUTION OF COUNSEL

The Court having considered the Notice of Plaintiff and Counter-defendant Medical Development International ("MDI") to substitute counsel in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The law firm of Greenberg Traurig, LLP is hereby substituted into the action as attorney of record for MDI in place and stead of the law firm of Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

2. The Court and all other parties in this action are to direct future contact, notices, e-filings, pleadings, discovery, motions, and correspondence to counsel at Greenberg Traurig, LLP, as follows:

> M. Theresa Tolentino Meehan
> Jeremy A. Meier
> Ray A. Sardo
> Greenberg Traurig, LLP
> 1201 K Street, Suite 1201
> Sacramento, California 95814
> Telephone (916) 442-1111
> Facsimile (916) 448-1709
> Email: meehant@gtlaw.com

Dated: 05/03/2011   _____



Hon. _____
United States _____
Judge Thelton E. Henderson