M. THERESA TOLENTINO MEEHAN – SBN 204112
meehant@gtlaw.com
JEREMY A. MEIER – SBN 139849
meierj@gtlaw.com
RAY A. SARDO – SBN 245421
sardor@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Plaintiff and Counter-Defendant
Medical Development International

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, in his capacity as receiver; and DOES 1 – 20, inclusive,<br><br>    Defendants.<br><br>J. CLARK KELSO, in his capacity as receiver,<br><br>    Counter-claimant,<br><br>v.<br><br>MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>    Counter-defendant. | CASE NO.  3:10-cv-00443-TEH<br><br>STIPULATION FOR ORDER AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 6, 2011 UNTIL A DATE AFTER AUGUST 15, 2011 |

Pursuant to Civil L.R. 7-12 and 16-2(e) and Paragraph Four of this Court's Standing Order, the parties, by and through their counsel, Greenberg Traurig for Plaintiff and Counter-defendant Medical Development International ("MDI"); Futterman Dupree Dodd Croley Maier LLP for Defendant and Counter-claimant J. Clark Kelso, in his capacity as the Receiver, ("Receiver"); and the California Office of the Attorney General for Defendant California Department of Corrections and Rehabilitation ("CDCR"), stipulate for an Order continuing the case management conference, currently set for June 6, 2011 to a date as convenient for the Court after August 15, 2011.  This stipulation is based on the following facts:

1. The parties conducted an initial mediation session on February 14, 2011, and, since that time, the parties have continued their negotiations through the mediator.

2. CDCR has been working to present a further settlement offer to and has indicated it will be in a position to do so in the coming days.  The parties have agreed to continue to work through the private mediator in an effort to try to resolve this matter in the next approximately 60-90 days.

3. The Court issued an Order on March 31, 2011, setting the case management conference in this case for June 6, 2011.  Pursuant to that Order, the parties are presently required to file a joint case management statement on or before May 27, 2011.

4. On May 3, 2011, Greenberg Traurig, LLP substituted in as counsel for MDI.

5. The parties are seeking to continue the June 6, 2011 CMC as follows:
   a. Further mediation activities and settlement discussions, as anticipated by the parties, are expected to affect case management, scheduling and related issues;
   b. For reasons of judicial economy, so the court is not forced to spend valuable time addressing unnecessary case management issues;
   c. So that the Court and the parties are not forced to incur potentially unnecessary costs associated with conferring on a case management schedule, preparing case management statements, and appearing at related hearings; and
   d. To allow sufficient time for MDI's new counsel to fully evaluate the case and issues that might affect case management.

**IT IS SO STIPULATED.**

Dated:  May 16, 2011                                    GREENBERG TRAURIG, LLP


By: */s/Jeremy A. Meier*
    M. Theresa Tolentino Meehan
    Jeremy A. Meier
    Ray A. Sardo
    Attorneys for Plaintiff and
    Counter-defendant
    Medical Development International


Dated:  May 16, 2011                                    FUTTERMAN DUPREE DODD
                                                        CROLEY MAIER LLP


By: */s/Martin Dodd*
    Jaime L. Dupree
    Martin Dodd
    Attorneys for Defendant and Counter-claimant
    J. Clark Kelso, in his capacity as Receiver


Dated:  May 16, 2011                                    KAMALA A. HARRIS
                                                        Attorney General Of California


By: */s/Michelle M. Mitchell*
    Michelle M. Mitchell
    Deputy Attorney General
    Attorneys for Defendant
    California Department of Corrections and Rehabilitation

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the case management conference currently set for June 6, 2011, be and hereby is continued to August 22, 2011, at 1:30 PM.  The parties shall file a joint case management conference statement on or before August 15, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  05/16/2011

_____
Honorable Thelton E. Henderson
United States District Judge

