| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | ZACKERY P. MORAZZINI<br>Supervising Deputy Attorney General |
| 3 | MICHELLE M. MITCHELL<br>Deputy Attorney General |
| 4 | State Bar No. 188467<br>  1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255<br>  Sacramento, CA 94244-2550 |
| 6 |   Telephone: (916) 327-7891<br>  Fax: (916) 324-8835 |
| 7 |   E-mail: MichelleM.Mitchell@doj.ca.gov<br>*Attorneys for Defendant* |
| 8 | *California Department of Corrections and Rehabilitation* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,**<br><br>                                   Plaintiff,<br><br>             v.<br><br>**THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, in his capacity as receiver, and DOES 1 through 20, inclusive,**<br><br>                                   Defendants. | 3:10-cv-00443-TEH<br><br>**STIPULATION FOR ORDER AND** ~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 22, 2011 TO AFTER SEPTEMBER 26, 2011**<br><br>Honorable Thelton E. Henderson<br><br>AS MODIFIED BY THE COURT |
| **J. CLARK KELSO, in his capacity as receiver,**<br><br>                                   Counter-claimant,<br><br>             v.<br><br>**MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,**<br>                                   Counter-defendant. | |

Pursuant to Civil L.R. 7-12 and 16-2(e) and Paragraph Four of this Court's Standing Order, the parties, by and through their respective counsel, Greenberg Traurig, LLP for Plaintiff and Counter-defendant Medical Development International ("MDI"); Futterman Dupree Dodd Croley Maier LLP for Defendant and Counter-claimant J. Clark Kelso, in his capacity as the Receiver, ("Receiver"), and the California Office of the Attorney General for Defendant California Department of Corrections and Rehabilitation ("CDCR"), stipulate for an Order continuing the case management conference, currently set for August 22, 2011, to a date after September 26, 2011. This stipulation is based on the following facts:

1. Since the mediation session held on February 14, 2011, the parties have continued their negotiations through the mediator.

2. The parties have reached a tentative settlement, but are still negotiating final settlement language. As a result, the parties would like additional time to circulate the proposed settlement agreement and to avoid incurring unnecessary legal fees and costs.

3. If the parties are unable to finalize the settlement agreement and are required to pursue the litigation, the parties anticipate that the scope of this case will require expanding the limits of discovery. For example, based on the information gathered thus far, the Receiver and CDCR anticipate needing to take at least 25 fact depositions. In addition, defendants intend to address with plaintiff and the Court the possibility of staging such discovery around potentially dispositive motions.

4. Given the parties' tentative settlement and the complexity and cost of scheduling discovery and possible motions which would be required if the case is not settled, the parties request that the case management conference be postponed to allow time for the parties to complete the settlement process and avoid incurring unnecessary fees and costs.

5. Accordingly, the parties stipulate for an Order continuing the case management conference currently scheduled for August 22, 2011, to a date after September 26, 2011.

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: August 10, 2011 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | | CONSTANCE LELOUIS<br>Supervising Deputy Attorney General |
| 3 | | |
| 4 | | By:  /s/ Michelle M. Mitchell<br>        Michelle M. Mitchell<br>        Deputy Attorney General |
| 5 | | |
| 6 | | Attorneys for California Department of Corrections and Rehabilitation |
| 7 | Dated: August 10, 2011 | FUTTERMAN DUPREE<br>DODD CROLEY MAIER LLP |
| 8 | | |
| 9 | | By:  /s/ Martin H. Dodd<br>        Martin H. Dodd<br>        Jaime L. Dupree |
| 10 | | |
| 11 | | Attorneys for Receiver J. Clark Kelso |
| 12 | Dated: August 10, 2011 | GREENBERG TAURIG, LLP |
| 13 | | By:  /s/ M. Theresa Tolentino Meehan<br>        M. Theresa Tolentino Meehan<br>        Jeremy A. Meier<br>        Ray A. Sardo |
| 14 | | |
| 15 | | |
| 16 | | Attorneys for Medical Development International |

### [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED that the case management conference currently set for August 22, 2011, be and hereby is continued to __October 3, 2011__, at 1:30 p.m. If the parties have not completed their settlement agreement by that time, they shall file a joint case management conference statement on or before September 26, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____08/11_____, 2011

*IT IS SO ORDERED AS MODIFIED*
/s/ Thelton E. Henderson
Hon. Thelton E. Henderson
United States District Judge

3