1  JEREMY A. MEIER – SBN 139849
   meierj@gtlaw.com
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
4  Facsimile: (916) 448-1709

5  Attorney for Plaintiff and Counter-defendant
   Medical Development International

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J. CLARK KELSO, in his capacity as receiver; and<br>DOES 1 – 20, inclusive,<br><br>Defendants. | CASE NO. 3:10-cv-00443-TEH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE |
| J. CLARK KELSO, in his capacity as receiver,<br><br>Counter-claimant,<br><br>v.<br><br>MEDICAL DEVELOPMENT INTERNATIONAL, a Delaware corporation,<br><br>Counter-defendant. | |

STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff and Counter-defendant Medical Development International ("MDI"), Defendant California Department of Corrections and Rehabilitation ("CDCR"), and Defendant and Counter-claimant J. Clark Kelso, in his capacity as receiver that the entire above-captioned action, including all claims and counter-claims, be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own fees and costs. The check for full settlement was sent by overnight mail from the CDCR on December 13, 2011, received by counsel for MDI on the morning of December 14, 2011 and then immediately transmitted to overnight carrier on December 14, 2011, prior to receipt of the subsequent Notice of Attorneys' Fee Lien filed by Watt, Tieder, Hoffar & Fitzgerald.

Dated:  December 16, 2011          GREENBERG TRAURIG, LLP

                                   By: /s/ Jeremy A. Meier
                                       Jeremy A. Meier
                                       Attorney for Plaintiff and Counter-defendant
                                       Medical Development International

Dated:  December 16, 2011          ATTORNEY GENERAL'S OFFICE

                                   By: /s/ Michelle M. Mitchell
                                       Kamala D. Harris
                                       Constance L. Lelouis
                                       Michelle M. Mitchell
                                       Attorneys for Defendant
                                       California Department of Corrections
                                       and Rehabilitation

Dated:  December 16, 2011          FUTTERMAN, DUPREE, DODD,
                                   CROLEY, MAIER, LLP

                                   By: /s/ Jamie L. Dupree
                                       Martin H. Dodd
                                       Jamie L. Dupree
                                       Attorneys for Defendant and Counter-claimant Receiver
                                       J. Clark Kelso

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: _____12/19_____, 2011    _____
4                                   Thelton E.
                                    United States [District Judge]

*Judge Thelton E. Henderson*

2    Case No. 3:10-cv-00443-TEH
STIPULATION AND [PROPOSED] ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE